DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWARD AUSTIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-983

[September 17, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John J. Murphy, III, Judge; L.T. Case No. 92-13147 CF10A.

David W. Collins of Collins Law Firm, Monticello, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***